■ MARY T. MARCELLIN, Appellant, v MEHDI COMA et al., Respondents. — In a negligence action to recover damages for personal injuries, etc., plaintiff appeals from so much of an order of the Supreme Court, Kings County

(Clemente, J.), dated May 6, 1983, as denied her motion for a general preference. ¶ Upon the consent of the defendants, order reversed, insofar as appealed from, without costs or disbursements, and motion granted. ¶ By letter dated March 8, 1984, the defendants have consented to a reversal and the granting of the motion for a general preference. Mangano, J. P., Bracken, Weinstein and Niehoff, JJ., concur.